# United States District Court
# Western District of North Carolina
# Divisional Office Division

| | | |
|---|---|---|
| LINDSEY ROBERTS, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:13-CV-63 |
| | ) | |
| vs. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| | ) | |
| Defendant, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 15, 2014 Order.

July 15, 2014

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court